LLOYD W. BAKER, ESQ.
Nevada Bar No.: 6893
ANDREW BARTON, ESQ.
Nevada Bar No.: 12692
**BAKER LAW OFFICES**
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CROSBY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01935<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN CAUSES OF ACTION AND REMAND TO STATE COURT** |

Plaintiff, ELIZABETH CROSBY, by and through her attorney of record, Andrew Barton, Esq., of BAKER LAW OFFICES, and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through its attorney of record, Scott A. Flinders, Esq. of HUTCHISON & STEFFEN, LLC, hereby submit this Stipulation and Order to Dismiss Certain Causes of Action and Remand to State Court.

**I.**

**FACTUAL AND PROCEDURAL SUMMARY**

This matter arises out of an October 24, 2014 motor vehicle accident wherein Plaintiff alleges she was injured. At the time of that accident, Plaintiff held a UM/UIM policy through Defendant. Plaintiff made a claim on that policy in February 2015, though Defendant has made no payment on that claim since it was made. As such, Plaintiff filed a

complaint in the Eighth Judicial District Court, Clark County, alleging breach of contract, unfair claims practices, and breach of implied covenant of good faith and fair dealing. That complaint was filed on September 8, 2015. Subsequently, Defendant removed the matter to the United States District Court, District of Nevada, on October 8, 2015. The basis for the removal was diversity of the parties under 28 U.S.C. § 1332, 28 U.S.C. § 1441(a), and 28 U.S.C. § 1446(a) and (b). Defendant also filed its Answer to Plaintiff's Complaint at that time.

## II.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, ELIZABETH CROSBY and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through their undersigned counsel:

1. That the following causes of action included in Plaintiff's Complaint, be DISMISSED with prejudice: Unfair Insurance Practices, Contractual Breach of Implied Covenant of Good Faith and Fair Dealing, and Tortious Breach of Implied Covenant of Good Faith and Fair Dealing.

2. That Plaintiff's only cause of action for Breach of Contract will remain in the subject case.

3. That with the dismissal of the causes of action for Unfair Insurance Practices, Contractual Breach of Implied Covenant of Good Faith and Fair Dealing, and Tortious Breach of Implied Covenant of Good Faith and Fair Dealing, the total amount in controversy for the remaining Breach of Contract claim does not exceed $75,000.

4. That Plaintiff, ELIZABETH CROSBY, will make no claims for Unfair Insurance Practices, Contractual Breach of Implied Covenant of Good Faith and Fair Dealing, and Tortious Breach of Implied Covenant of Good Faith and Fair Dealing in this matter.

5. That because the amount in controversy does not exceed $75,000, diversity jurisdiction is not present.

6. That this case be remanded to the Eighth Judicial District Court, Clark County, Case No. A-15-724245-C, to allow Plaintiff to pursue her Breach of Contract claim in Nevada state court.

IT IS SO STIPULATED.

Dated this 20th day of January, 2016    Dated this 20th day of January, 2016

 /s/ Andrew Barton
Lloyd W. Baker, Esq.
Nevada Bar No.: 6893
Andrew Barton, Esq.
Nevada Bar No. 12692
BAKER LAW OFFICES
500 S. Eighth Street
Las Vegas, NV 89101
Attorneys for Plaintiff

/s/ Scott A. Flinders
Scott A. Flinders, Esq.
Nevada Bar No. 6975
HUTCHISON & STEFFEN, LLC
10080 West Alta Dr., Suite 200
Las Vegas, NV 89145
Attorney for Defendant

# ORDER DISMISSING CERTAIN CAUSES OF ACTION AND REMANDING TO STATE COURT

IT IS HEREBY ORDERED, in accordance with the parties' stipulation, that Plaintiff's claims for Unfair Insurance Practices, Contractual Breach of Implied Covenant of Good Faith and Fair Dealing, and Tortious Breach of Implied Covenant of Good Faith and Fair Dealing are DISMISSED with prejudice;

IT IS FURTHER ORDERED, that Plaintiff shall make no claims for Unfair Insurance Practices, Contractual Breach of Implied Covenant of Good Faith and Fair Dealing, and Tortious Breach of Implied Covenant of Good Faith and Fair Dealing in this matter;

IT IS FURTHER ORDERED, that the above matter be remanded back to the Eighth Judicial District Court, Clark County, under case number A-15-724245-C, as diversity jurisdiction is not present under 28 U.S.C. § 1332, 28 U.S.C. § 1441(a), and 28 U.S.C. § 1446(a) and (b).

IT IS SO ORDERED.

Dated: January 20, 2016.

_____
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted by:

 /s/ Andrew Barton
Lloyd W. Baker, Esq.
Nevada Bar No.: 6893
Andrew Barton, Esq.
Nevada Bar No. 12692
BAKER LAW OFFICES
500 S. 8th St.
Las Vegas, NV 89101
Attorneys for Plaintiff